[Civil No. 4222. Filed September 23, 1940.]

[105 Pac. (2d) 1119.]

J. H. McCREA, JEREMIAH METZGER, SELIM FRANKLIN, Jr., HENRY H. MAYHEW, JANE WATSON, JOHN ZUCCA and ROSE ZUCCA, Appellants, v. BOARD OF ADJUSTMENT OF THE CITY OF TUCSON and ROBERT NICO-LAI and Mrs. W. F. CHRISTMANN, Appellees.

Mr. Ben C. Hill and Mr. Odin B. Dodd, for Appellants.

Mr. Alfred Ronstadt and Mr. Joseph B. Judge, for Appellees Nicolai and Christmann.

No appearance for Appellee Board of Adjustment of the City of Tucson.

PER CURIAM.—This is the second time this case has been before the Supreme Court, the only difference in the appeals being in the parties appealing and the order appealed from. See *Nicolai et al. v. Board of Adjustment of City of Tucson,* 55 Ariz. 283, 101 Pac. (2d) 199. The law as announced in our former opinion is controlling in this appeal.

The judgment is accordingly reversed and the cause remanded with directions that judgment be entered for appellants.

ROSS, C. J., and LOCKWOOD and McALISTER, JJ., concur.